1   [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10              **OAKLAND DIVISION**

11

| | |
|---|---|
| 12  PORTO TECHNOLOGY CO., LTD., | Case No.    4:16-CV-01427-JSW |
| 13            Plaintiff, | |
| 14        v. | |
| 15  MOTOROLA MOBILITY LLC | |
| 16            Defendant. | |
| 17  PORTO TECHNOLOGY CO., LTD., | Case No.    4:16-CV-01428-JSW |
| 18            Plaintiff, | |
| 19        v. | |
| 20  LG ELECTRONICS MOBILECOMM U.S.A., INC. | |
| 21 | |
| 22            Defendant; | |
| 23  PORTO TECHNOLOGY CO., LTD., | Case No.    4:16-CV-01429-JSW |
| 24            Plaintiff, | |
| 25        v. | |
| 26  SAMSUNG ELECTRONICS AMERICA, INC. | |
| 27            Defendant; | |

28

STIPULATION AND [~~PROPOSED~~] ORDER                    CASE NOS. 16-CV-01427-JSW;
TO STAY LITIGATION                                      16-CV-01428-JSW; 16-CV-01429-JSW;
                                                        16-CV-01510-JSW

1   PORTO TECHNOLOGY CO., LTD.,          Case No.      4:16-CV-01510-JSW

2                    Plaintiff,

3          v.                            **STIPULATION AND [~~PROPOSED~~]
                                         ORDER TO STAY LITIGATION**
4   HTC AMERICA, INC.                    AND LIFTING CONSOLIDATION

5                    Defendant;

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Local Rule 7-12, Defendants Samsung Electronics America, Inc., LG

2    Electronics Mobilecomm U.S.A., Inc., Motorola Mobility LLC, and HTC America, Inc.

3    (collectively "Defendants") and Plaintiff Porto Technology LLC ("Porto") submit this stipulated

4    request for an order staying their respective litigations pending issuance of a final written decision

5    by the United States Patent and Trademark Office ("USPTO") on the petitions for *inter partes*

6    *review* filed by Google, Inc. ("Google") of U.S. Patent Nos. 6,233,518 and 6,532,413

7    (collectively, the "Patents-in-Suit") and the resolution of all appeals from those final written

8    decisions.

9    WHEREAS, on October 13, 2016, Google filed petition Nos. IPR2016-00022 and

10   IPR2016-00045 for *inter partes review* of each of the Patents-in-Suit;

11   WHEREAS, on April 25, 2016, the USPTO instituted Google's petitions for *inter partes*

12   *review* of all of the asserted claims of each of the Patents-in-Suit;

13   WHEREAS, the USPTO is required under 35 U.S.C. § 316 to issue a final written

14   decision within 1 year of institution, which may be extended by no more than 6 months;

15   WHEREAS each of these actions was transferred from the Eastern District of Texas to the

16   Northern District of California in March 2016;

17   WHEREAS an Initial Case Management Conference in this Court has not taken place, and

18   is scheduled for June 24, 2016;

19   WHEREAS, the parties wish to suspend the deadlines adopted by the Court (Dkt. No.

20   123) and stay the present litigations;

21   NOW THEREFORE IT IS HEREBY STIPULATED by the parties, through their

22   respective counsel, that the present litigations are stayed pending exhaustion of all of Google's

23   petitions for *inter partes review* of the Patents-in-Suit, including issuance of final written

24   decisions by the USPTO and resolution of all appeals to all final written decisions.  The parties

25   agree that within 30 days of exhaustion of the last of Google's petitions for *inter partes review*,

26   the parties shall submit a joint notice to the Court informing the Court of the results of the

27   petitions.

28

STIPULATION AND [PROPOSED] ORDER
TO STAY LITIGATION                              1                    CASE NOS. 16-CV-01427-JSW;
                                                                    16-CV-01428-JSW; 16-CV-01429-JSW;
                                                                    16-CV-01510-JSW

1    IT IS SO STIPULATED

2    Dated:  May 26, 2016                     By: */s/ David S. Almeling*
                                                   David S. Almeling
3

4                                              DARIN W. SNYDER (S.B. #136003)
                                               dsnyder@omm.com
5                                              DAVID S. ALMELING (S.B. #235449)
                                               dalmeling@omm.com
6                                              MARK LIANG (S.B. #278487)
                                               mliang@omm.com
7                                              BILL TRAC (S.B. #281437)
                                               btrac@omm.com
8                                              O'MELVENY & MYERS LLP
                                               Two Embarcadero Center, 28th Floor
9                                              San Francisco, California  94111
                                               (415) 984-8700/Fax: (415) 984-8701
10
                                               MISHIMA ALAM (S.B. #271521)
11                                             O'MELVENY & MYERS LLP
                                               1625 Eye Street, NW
12                                             Washington, DC 20006
                                               (202) 383-5300/Fax: (202) 383-5414
13
                                               *Attorneys for Defendants*
14                                             SAMSUNG ELECTRONICS AMERICA, INC.,
                                               LG ELECTRONICS MOBILECOMM U.S.A.,
15                                             INC., and
                                               MOTOROLA MOBILITY LLC
16
                                               By: */s/ Fred I. Williams*
17                                                 Fred. I Williams

18                                             Fred Irvin Williams (*pro hac vice*)
                                               Mario A. Apreotesi (*pro hac vice*)
19                                             **Akin Gump Strauss Hauer & Feld - Austin**
                                               300 West 6th St, Suite 1900
20                                             Austin, TX 78701
                                               Telephone: 512.499.6218
21                                             Fax: 512.499.6290
                                               Email: fwilliams@akingump.com
22                                             Email: mapreotesi@akingump.com
23
                                               Danielle C. Ginty (SBN 261809)
24                                             **Akin Gump Strauss Hauer & Feld LLP –San**
                                               **Francisco**
25                                             580 California Street, Suite 1500
                                               San Francisco, CA 94104
26                                             Telephone: 415.765.9500
                                               Facsimile: 415.765.9510
27                                             Email: dginty@akingump.com
28

STIPULATION AND [~~PROPOSED~~] ORDER                     CASE NOS. 16-CV-01427-JSW;
TO STAY LITIGATION                      - 2 -        16-CV-01428-JSW; 16-CV-01429-JSW;
                                                           16-CV-01510-JSW

1

*Attorneys for Defendant*
HTC AMERICA, INC.

2

3

By: */s/ Timothy T. Wang*
Timothy T. Wang
twang@nilawfirm.com

4

5

Ni, Wang & Massand, PLLC
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Telephone: 972.331.4600
Fax: 972.314.0900

6

7

8

*Attorneys for Plaintiff*
PORTO TECHNOLOGY CO., LTD.

9

10

In compliance with Local Rule 5-1(i)(3), I hereby attest that Fred I. Williams and Timothy

11

T. Wang have concurred in the filing of this Stipulation and [Proposed] Order to Stay Litigation.

12

13

Dated: May 26, 2016                    O'MELVENY & MYERS LLP

14

15

By: */s/  David S. Almeling*
David S. Almeling

16

17

*Attorneys for Defendants*
SAMSUNG ELECTRONICS AMERICA, INC.,
LG ELECTRONICS MOBILECOMM U.S.A.,
INC., and
MOTOROLA MOBILITY LLC

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER
TO STAY LITIGATION                    - 3 -                    CASE NOS. 16-CV-01427-JSW;
16-CV-01428-JSW; 16-CV-01429-JSW;
16-CV-01510-JSW

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4

Dated:   May 26, 2016

5

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

6

7

Pursuant to this Court's order dated April 14, 2016, these matters were consolidated with Master File 16-

8

CV-1515 JSW which has now been dismissed.  The Court finds these remaining matters related pursuant

9

to Northern District Civil Local Rule 3-12(a), but not consolidated.  Hereafter, separate filings in each

related case are appropriate.  The Court vacates the consolidation order dated April 14, 2016 and reopens

10

cases nos. 16-CV-1427 JSW, 16-CV-1428 JSW, 16-CV-1429 JSW and 16-CV-1510 JSW.  These matters

are STAYED pursuant to the parties' stipulation.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
TO STAY LITIGATION                                    - 4 -

CASE NOS. 16-CV-01427-JSW;
16-CV-01428-JSW; 16-CV-01429-JSW;
16-CV-01510-JSW