RECEIVED

JUN 16 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Civil Action No:

2:15-cv-456 (Porto Technology vs Samsung Electronics America, AND

Telecommunications America)               C-16-1429 - JSW

2:15-cv-457 (Porto Technology vs Apple)

2:15-cv-458 (Porto Technology vs LG Electronics Mobilecomm U.S.A)  C-16-1428 - JSW

2:15-cv-459 (Porto Technology vs HTC America)       C-16-1510 - JSW

2:15-cv-460 (Porto Technology vs Motorola Mobility)    C-16-1427 - JSW


Competent Court: THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF TEXAS MARSHALL DIVISION


Sender: Heung-soo LEE (inventor of patents US 6,233,518 and US 6,532,413)


Receiver:

(1) Court

THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

RODNEY GILSTRAP (United States District Judge)

ROY S. PAYNE (United States Magistrate Judge)


(2) Plaintiff's attorney

Timothy T. Wang

NI, WANG & MASSAND, PLLC

8140 Walnut Hill Ln., Ste. 500

Dallas, TX 75231


(3) Defendant's attorneys

3-1. Apple

Michael Darron Jay

Boies, Schiller & Flexner LLP

301 Wilshire Boulevard, Suite 850

Santa Monica, California 90401


3-2. Samsung

Allan M. Soobert

PAUL HASTINGS LLP

875 15th Street, N.W.

Washington, D.C. 20005


3-3. LG

Matthew T. Milam

WILSON, ROBERTSON & CORNELIUS, P.C.

909 ESE Loop 323, Suite 400

P.O. Box 7339 [75711]

Tyler, Texas 75701


Michael E. Jones

POTTER MINTON

A Professional Corporation

110 N. College, Suite 500

Tyler, Texas    75702


3-4. HTC

Fred I. Williams

Akin Gump Strauss Hauer & Feld LLP

600 Congress Avenue

Suite 1350

Austin, TX 78701-3911


3-5. Motorola, Samsung, and LG

Mishima Alam

O'MELVENY & MYERS LLP

1625 Eye Street, NW

Washington, DC 20003


This letter is being sent by the addresser Heung-soo Lee in accordance of his request.

--- Letter ---

The court of this assignment notifies and delivers in accordance with the Hague

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or

Commercial Matters. Therefore this document should be delivered to the judge in

accordance with the Convention.

I request filing of documents already submitted to the Court in relation to this case.

Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil

or Commercial Matters

Article 10

Provided the State of destination does not object, the present Convention shall not

interfere with -

a) the freedom to send judicial documents, by postal channels, directly to persons

abroad,

b) the freedom of judicial officers, officials or other competent persons of the State of

origin to effect service of judicial documents directly through the judicial officers, officials

or other competent persons of the State of destination,

**c) the freedom of any person interested in a judicial proceeding to effect service of**

**judicial documents directly through the judicial officers, officials or other competent**

**persons of the State of destination.**

In the certification of document, there are the certification of personal document and the

3 - 6

certified copy as the followings:

"the certification of document

It is for a notary public to confirm the signature on the document is made voluntarily by the signed person.

the certified copy

certification of copy of the document

It is to acknowledge that the original document and the copy match. It is given to anyone who shows up in the notary public office with the original document.

[Source] Incheon Notary Public Seokbawi - Certification of the copy of document | Written by Seok-jeong Jang"


The certification of documents mean the content of document is true and to certify that those who prepared the document certify the documents to be true at the time they were prepared. Therefore, it is required for two who prepared the document to be present at the notary public and confirm the content of documents.


The assignment falsely prepared by Porto and illegally submitted to the US Patent Office for the registration transfer is on the certification of documents which does not certify whether the content of document is true or not. Therefore, the assignment is not qualified to be used in the registration transfer.


The assignment was the certification of documents prepared by Ji-soo Lee and Yun-soo Jeong of Porto which was translated into English to have the re-certification of documents. It is not legal to transfer the registration with such certification and illegal transfer was made since the US Patent Office did not know such facts.

This document is being sent so that each agent can complete the litigation easily and to clearly state that there is no need to proceed with the litigation as well as to make sure I am not responsible while the Porto had clearly committed illegal activity, in a way to help the defense attorney to quickly complete the litigation.

It is also to notify that if the defense attorney ignores the stated facts shall be aiding and abetting illegal activities and unlawful acts by the plaintiffs.

Also, it is to urge caution not to have preposterous agreement such as with the Verizon in Virginia.

The fact that high government officials of Korea are cooperating the illegal activities of the plaintiffs are recorded as follows whose relevant documents will be sent in later date.

For your information, Seong-don Hwang for the plaintiffs was punished for the violation of the Attorneys-at-Law Act and both the prosecutor and defendant are appealing to the higher court.

Separately, the document submitted by the plaintiffs stating the reasons for non-prosecution is being scrutinized for its fraudulent nature.

As soon as the evidence of illegal activities committed by the prosecutor in preparation of such document and the investigator in issuing such salse documents are gathered, they will be sued.

Investigators at Namdaemun Police Station are being investigated for falsely preparing documents and for interfering with the investigation by deliberately relegating those documents to Seoul Southern District Prosecutor's Office as well as associating with other events.

(In the case of death of female Judge), The judge presided prior to the US deposition but the

judge deliberately tried the case without a prosecutor which was illegal and shall be also sued. Newly appointed judge is being accused of manipulation and concealment of trial records which shall also be sued.

This document is to be delivered to each agent via e-mail and postal mail and to the court by postal mail.

Additional matter

The agent of APPLE has not paid for a part of accommodation for the deposition trip. Please settle the expenses.

Civil Action No:

    2:15-cv-456 (Porto Technology vs Samsung Electronics America, AND

Telecommunications America)        C - 1429 - JSW

    2:15-cv-457 (Porto Technology vs Apple)

    2:15-cv-458 (Porto Technology vs LG Electronics Mobilecomm U.S.A) C - 16-1428 - JSW

    2:15-cv-459 (Porto Technology vs HTC America)     C -16-1510- JSW

    2:15-cv-460 (Porto Technology vs Motorola Mobility)   C - 16 -1427 - JSW

Competent Court: THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT

OF TEXAS MARSHALL DIVISION

Sender: Heung-soo LEE (inventor of patents US 6,233,518 and US 6,532,413)

Receiver:

    (1) Court

THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

        RODNEY GILSTRAP (United States District Judge)

        ROY S. PAYNE (United States Magistrate Judge)

    (2) Plaintiff's attorney

    Timothy T. Wang

    NI, WANG & MASSAND, PLLC

    8140 Walnut Hill Ln., Ste. 500

    Dallas, TX 75231

    (3) Defendant's attorneys

    3-1. Apple

    Michael Darron Jay

    Boies, Schiller & Flexner LLP

    301 Wilshire Boulevard, Suite 850

    Santa Monica, California 90401

    3-2. Samsung

Allan M. Soobert

PAUL HASTINGS LLP

875 15th Street, N.W.

Washington, D.C. 20005


3-3. LG

Matthew T. Milam

WILSON, ROBERTSON & CORNELIUS, P.C.

909 ESE Loop 323, Suite 400

P.O. Box 7339 [75711]

Tyler, Texas 75701


Michael E. Jones

POTTER MINTON

A Professional Corporation

110 N. College, Suite 500

Tyler, Texas   75702


3-4. HTC

Fred I. Williams

Akin Gump Strauss Hauer & Feld LLP

600 Congress Avenue

Suite 1350

Austin, TX 78701-3911


3-5. Motorola, Samsung, and LG

Mishima Alam

O'MELVENY & MYERS LLP

1625 Eye Street, NW

Washington, DC 20003


본 레터는 발신인인 이흥수(Heung-soo LEE)의 요청에 의해 발송되는 내용입니다.


--- 내용 ---

이 문서의 법원의 통지하는 것은 헤이그 민사송달협약의 이해당사자의 송달규정에 송달되는 문서이므로, 이 조약의 규정에 따라 판사에게 전달하여 주시기 바랍니다.

이와 관련하여 기존에 법원에 제출한 문서도 파일링하여 주시기 바랍니다.

헤이그 조약

제 10 조   목적지국이 반대하지 아니하는 한 이 협약은 다음의 권능을 방해하지 아니한다.

1. 외국에 소재하는 자에게 재판상 문서를 우편으로 직접 송부할 권능

2. 촉탁국의 사법공무원·관리 또는 기타 권한있는 자가 목적지국의 사법공무원·관리 또는 기타 권한있는 자를 통하여 재판상 문서를 송달할 권능

**3. 재판절차의 모든 이해관계인이 목적지국의 사법공무원·관리 또는 기타 권한있는 자를 통하여 재판상 문서를 직접 송달할 권능**

Article 10   Provided the State of destination does not object, the present Convention shall not interfere with ?

a) the freedom to send judicial documents, by postal channels, directly to persons

abroad,

b) the freedom of judicial officers, officials or other competent persons of the State of origin to effect service of judicial documents directly through the judicial officers, officials or other competent persons of the State of destination,

**c) the freedom of any person interested in a judicial proceeding to effect service of**

**judicial documents directly through the judicial officers, officials or other competent**

**persons of the State of destination.**

공증의 인증에는 사서인증과 등본인증이 있고, 이는 다음과 같습니다.

"사서인증

당사자가 작성한 서류상의 서명날인이 본인의 의사에 의한 것이 틀림없다는 것을 공증인이

확인하고 그 사실을 기재하는 것을 말합니다.

등본인증

사서증서 등본의 인증

사서증서 등본인증이라 함은, 원본과 등본을 대조하여 일치함을 인정하는 인증으로써 문서의

작성 당사자가 아닐지라도 누구든지 원본을 지참만 하시고 공증실로 나오시면 등본인증을

받으실 수 있습니다.

[출처] 인천공증 석바위 건너편 - 사서증서 등본의 인증|작성자 실장 장석정"

사서인증이라 함은 문서의 내용이 사실이라는 것을 의미하는 것이고, 이는 사서인증 당시

문서를 작성한 당사자들이 문서의 내용이 사실임을 인증하는 것입니다.

따라서, 문서를 작성한 두 사람이 공증사무서에 가서, 문서의 내용을 확인하는 절차가

필요합니다.

그리고, 포르토 등이 허위로 작성하여 불법으로 미국특허청에 등기를 이전한

문서(assignment)는 등본인증으로, 이는 문서의 내용이 사실인지 여부를 확인하는 것이

아니기 때문에, 이 문서로 등기를 이전할 수 없는 것입니다.

4 - 6

이 문서는 이지수와 포로토의 정연수가 등본인증과 이 등본인증을 영문으로 다시 등본인증을
한 것이고, 이 문서로 이전하는 것은 불법이나, 미국의 등기 당국(미국특허청)이 이를 몰라
이러한 불법행위가 벌어졌습니다.

이 문서를 다시 보내는 것은 각 대리인이 쉽게 소송을 끝날 수 있고, 또 소송을 진행할
이유가 없음을 명확히 하고, 본인은 그에 대한 책임이 없고, 또, 원고 포로토의 불법행위를
명확히 하고자 사건의 피고측 대리인 소송업무를 빨리 종료할 수 있도록 돕고자 합니다.
피고의 대리인등의 해당사실을 묵인은 원고의 불법행위의 방조 및 동조등의 법률적 문제가
될 수 있음을 통지하는 것입니다.
또한, 버지니아의 버라이즌처럼 엉뚱한 합의를 하지 않도록 주의를 촉구하기 위한 것입니다.


원고측의 불법행위를 한국의 고위 공무원들이 이들의 불법행위를 협조하는 사항이 있어 이를
다음과 같이 간단히 기록하고, 후일에 추가로 주요관련 문서를 발송도록 하겠습니다.
참고로 원고의 측의 황성돈은 변호사법 위반으로 약식재판과 1 심 재판에서 처벌이 되었고,
이에 대해서 검사와 피고 양측이 상급심에 항고중입니다.
이와는 별도로, 원고측 변호인이 제출한 한국검찰의 불기소이유소의 문서가 허위임을 밝히는
작업을 하고 있습니다. 즉 이 문서를 작성한 검사 및 허위의 문서를 발급한 수사관등을
불법행위의 증거가 수집되어 고소할 예정입니다.
그 외 남대문경찰서의 수사관이 허위의 서류를 작성한 부분에 대해서 조사하고 있고,
수사서류를 서울 남부지방검찰청으로 고의로 이관하여 수사를 방해하고 다른 사건과 연계된
사건,
(여판사가 사망한 사건에 대해서는), 미국증언(deposition) 이전에 새로운 판사가 재판을
했는데, 판사가 고의로 검사없이 재판한 위법이 있어 기피를 하였고, 이 판사는 별도의
형사고소를 할 방침이고, 또 사건의 새로운 판사도, 법원의 재판 기록을 조작(은닉)한 혐의가
있어, 이에 대해서 별도로 조치할 예정입니다.

5 - 6

이 문서는 각 대리인에게는 이메일과 일반 우편으로 , 법원은 일반우편으로 전송합니다.

논외 사항

애플측 대리인은 deposion 의 호텔비용의 정산이 일부 되지 않았으므로 이를 정산하여

주시기 바랍니다.

Attachment 1.

EXBIHIT C.

Blank document.


EXBIHIT D-1.

**502301775     04/08/2013**

## PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Heung-Soo LEE | 04/04/2013 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Ji-Soo LEE |
| Street Address: | 801-17, Siheung-dong, Geumcheon-gu |
| City: | Seoul |
| State/Country: | KOREA, REPUBLIC OF |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 6532413 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | 2024613102 |

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

| | |
|---|---|
| Phone: | (202) 461-3100 |
| Email: | IPDocket@foxrothschild.com |
| Correspondent Name: | Fox Rothschild, LLP |
| Address Line 1: | 1030 15th Street, N.W. |
| Address Line 2: | Suite 380 East |
| Address Line 4: | Washington, DISTRICT OF COLUMBIA 20005 |

| ATTORNEY DOCKET NUMBER: | 109165.00001 |
|---|---|
| NAME OF SUBMITTER: | Donald L. Monin, Jr. |
| Signature: | /Donald L. Monin, Jr./ |
| Date: | 04/08/2013 |

Total Attachments: 8
source=Certified English Translation_Ji-Soo Lee-Heung-Soo Lee#page1.tif

**OP $40.00 6532413**

**502301775**

**PATENT
REEL: 030166 FRAME: 0787**

source=Certified English Translation_Ji-Soo Lee-Heung-Soo Lee#page2.tif
source=Certified English Translation_Ji-Soo Lee-Heung-Soo Lee#page3.tif
source=Certified English Translation_Ji-Soo Lee-Heung-Soo Lee#page4.tif
source=Certified English Translation_Ji-Soo Lee-Heung-Soo Lee#page5.tif
source=Certified English Translation_Ji-Soo Lee-Heung-Soo Lee#page6.tif
source=Certified English Translation_Ji-Soo Lee-Heung-Soo Lee#page7.tif
source=Certified English Translation_Ji-Soo Lee-Heung-Soo Lee#page8.tif



[별지 제41호서식]

Registered No.    2013  —  755

# NOTARIAL CERTIFICATE



### LAWFIRM LOGIC

#1001. Lotte Castel Bd. GongdeokDong MaPoGu, Seoul, Korea

TEL : 02)567−2316  FAX : 02)568−3439

서울 마포구 마포대로 109     공증인가    법무법인 로 직     TEL:02)567−2316
롯데캐슬 제오동 1001호                                    FAX:02)568−3439

PATENT
REEL: 030166 FRAME: 0789

Dongan Tower 3F, 1117-1, Kwanyang-dong,   **J-One Law Firm**   (Tel) 031-425-2700
Dongan-gu, Anyang-si, Gyeonggi-do                                 (Fax) 031-425-2733
[Appendix Form No. 33]



Notarial Deed No.: Deungbu 2013-538

# Notarial Deed

**PATENT**
**REEL: 030166 FRAME: 0790**

**Agreement**

Party A:  Lee Ji-Soo (650520-1057910)
          801-17, Siheung-dong, Geumcheon-gu, Seoul

Party B:  Lee Heung-Soo (630420-1057910)
          801-17, Siheung-dong, Geumcheon-gu, Seoul

1. The Party B shall transfer the ownership of the following patents to the Party A.
2. The Party B shall grant the Party A a license to use, and the agreement for the granting of the license shall be renewed every year.
3. The expenses incurred in connection with the agreement under 2. above shall be determined in accordance with a separate agreement.
4. The Party A shall appoint the Party B to exercise its rights including a warning under the Patent Law on behalf of the Party A.

| No. | Application No. | Title of Invention |
|-----|-----------------|--------------------|
| 1 | 10-1998-029081 | Radio terminal for the reception of image information and the method therefor |
| 2 | 10-1999-0011426 | Method for collecting traffic information |
| 3 | 10-2001-7000368 | Method and system for providing an image vector-based traffic information |
| 4 | 10-2001-7003331 | Method and system for providing time-variant geographical information and a user device therefor |
| 5 | 10-1998-0037971 | Method for providing traffic information and traffic information terminal |
| 6 | 10-2000-0050392 | Method and apparatus for collecting traffic information |
| 7 | 10-2000-0051733 | Method and apparatus for collecting traffic information |
| 8 | 10-2001-0021044 | Method and apparatus for collecting traffic information using the light-emitting part and photo sensor installed in a probe car |
| 9 | PCT/KR99/00410 | pct/kr99/00410/us, pct/kr99/00410/cn, pct/kr99/00410/sg, pct/kr99/00410/jp, pct/kr99/00410/ep |
| 10 | PCT/KR99/00549 | Pct/kr99/00410/us, pct/kr99/00410/cn |

April 27, 2001

Party A: Lee Ji-Soo

Party B: Lee Heung-Soo

Dongan Tower 3F, 1117-1, Kwanyang-dong,   **J-One Law Firm**   (Tel) 031-425-2700
Dongan-gu, Anyang-si, Gyeonggi-do                                (Fax) 031-425-2733
[Appendix Form No. 33]

---

Notarial Deed No.: Deungbu 2013-538                    

### Notarial Deed

We compared the copy attached hereto with the original thereof and hereby certify that such copy is the true copy of the original.

In Witness Whereof, the undersigned has executed this instrument on this first day of April, 2013.

Name of Notary's Office: J-One Law Firm
Relevant Jurisdiction: Suwon District Prosecutors' Office
Location: 1117-1, Kwanyang-dong, Dongan-gu, Anyang-si, Gyeonggi-do
Notary: Moon Byeong Sang, Attorney responsible for notarization (Seal affixed)

**PATENT
REEL: 030166 FRAME: 0792**



경기도 안양시 동안구 관양동 1117-1
동안타워 3층
[별지 제33호서식]

 공증인가
법무법인 제이원

(전화) 031-425-2700
(팩스) 031-425-2733

등부 2013년   제 538 호

# 인 증 서

210mm X 297mm
보존용지(1종) 70g/㎡

PATENT
REEL: 030166 FRAME: 0793

# 계약서



갑:   이지수(650520-1057910)

　　　서울시 금천구 시흥동 801-17

을:   이홍수(630420-1057910)

　　　서울시 금천구 시흥동 801-17

1. 을은 갑에게 다음의 특허 소유권을 이전한다.

2. 을은 갑에게 실시권을 주며, 실시권의 계약은 1년마다 갱신한다.

3. 위 2의 계약의 비용은 별도 계약에 의한다.

4. 갑은 을에게 특허법에 따른 경고 등의 권리를 대리케 한다.

- 다음 -

| 번호 | 출원번호 | 발명의 명칭 |
|---|---|---|
| 1 | 10-1998-029081 | 화상정보를 수신하기 위한 무선 단말기 및 그 방법 |
| 2 | 10-1999-0011426 | 교통 정보 수집 방법 |
| 3 | 10-2001-7000368 | 벡터 데이터로 표시된 이미지-기반 교통 정보를 제공하기 위한 방법 및 시스템 |
| 4 | 10-2001-7003331 | 시변 지리 정보를 제공하는 방법과 시스템 및 이를 위한 사용자 장치 |
| 5 | 10-1998-0037971 | 교통 정보를 제공하는 방법 및 교통 정보 단말기 |
| 6 | 10-2000-0050392 | 교통정보 수집 장치 및 방법 |
| 7 | 10-2000-0051733 | 교통정보 수집 장치 및 방법 |
| 8 | 10-2001-0021044 | 프루부카에 장착된 발광부와 광 검지기를 이용한 교통정보 수집 장치 및 방법 |
| 9 | PCT/KR99/00410 | pct/kr99/00410/us, pct/kr99/00410/cn, pct/kr99/00410/sg pct/kr99/00410/jp, pct/kr99/00410/ep |
| 10 | PCT/KR99/00549 | pct/kr99/00410/us, pct/kr99/00410/cn |

2001년 4월 27일

(갑) 이지수

(을) 이홍수



**PATENT**
**REEL: 030166 FRAME: 0794**

경기도 안양시 동안구 관양동 1117-1
동안타워 3층
[별지 제36호서식]


공증인가 법무법인 **제이원**

(전화) 031-425-2700
(팩스) 031-425-2733

| 등부 2013 년    제 538호 |
|---|

# 인 증

위 계약서----------------------------------------------

----------------------------------------------

원본과 대조하여 그와 부합함을 인정한다.----------------

----------------------------------------------

----------------------------------------------

----------------------------------------------

----------------------------------------------

----------------------------------------------

----------------------------------------------

----------------------------------------------

----------------------------------------------

2013년 04월 01일 이 사무소에서 위 인증한다.

| 공증사무소명칭 | 공증 인가 법무법인 제이원 |
|---|---|
| 소   속 | 수원지방검찰청 |
| 소재지표시 | 경기도 안양시 동안구 관양동 1117-1 |
| 공증인 | 공증담당변호사 |

210mm X 297mm
보존용지(1종) 70g/㎡

PATENT
REEL: 030166 FRAME: 0795

[별지 제45호서식]

위 번역문은 원문과 상위 없음을          I Swear that the attached translation is
서약합니다.          2013년 04월 04일          true to the original.     04 , Apr , 2013

서약인 정연수 (印)          _Yunsoo Chung_
                                          Signature

등부 2013 년 제     755     호          Registered  No.     2013 –     755

## 인     증          ## Notarial Certificate

위        정     연     수    은          Yunsoo Chung          personally
본 공증인의 면전에서 위 번역문과 원문과          appeared before me, confirmed that the
상위 없음을 확인하고 서명 날인하였다.          attached translation is true to the original
   2013년 04월 04일     이 사무소에서          and subscribed his(her) name.
위 인증한다.          This is hereby attested on this

          04th     day of     Apr ,
          2013    at this office.

공증          공증인가 법무법인 로직          LAWFIRM LOGIC
사무소

소속          서울서부지방검찰청          Seoul Central District Prosecutors' Office
소재지          서울 마포구 마포대로 109          #1001 Lotte Castel Bd. GongdeokDong
표 시          롯데캐슬 제오동 1001호          MaPoGu, Seoul, Korea

공증담당          김 광수          kim kwang soo
변호사

          Attorney—at—law
          KIM, KWANG SOO

          This office has been authorized by
          the minister of Justice, the Republic
          of Korea, to act as
          Notary Public since the 01st of 09., 2008
          Law No. 16

서울 마포구 마포대로 109          공증인가     법무법인 로 직          TEL:02)567–2316
롯데캐슬 제오동 1001호          FAX:02)568–3439

Attachment 2.

**Registered No.** 2015-6225

# CERTIFICATE



## ADMINISTRATIVE SCRIVENER'S OFFICE

(Doosan Bearstel)1308,
381, Gangnam-daero, Seocho-gu, Seoul, Korea
(Seocho-gu Office Register No. 02-22-95)

*Law Firm J-One*

**Registry No. 2013-538**

(NOTARIAL CERTIFICATE)

ACKNOWLEDGEMENT

This certificate was written pursuant to Article 57 Clause 2 on the Notary Public Act, which is an electronic certified copy of the Registry No. 2013-537 kept by this law firm.

Dec. 15, 2015

*Moon Byung Sang*, Notary Public (Lawyer in charge of Notarial Act)

**Law Firm J-One**

**(Signed and Sealed)**

# AGREEMENT

◎　Transferee: Ji-Soo Lee (650520-1057910) (801-17 Shiheung-dong, Geumcheon-gu, Seoul)

◎　Transferor: Heung-Soo Lee (630420-10057910) (801-17 Shiheung-dong, Geumcheon-gu, Seoul)

1.　Transferor shall transfer the ownership of the following patents to Transferee.

2.　Transferee shall grant a license to Transferor to use the patents, and the license contract shall be renewable every year.

3.　The license fee payable under Para 2 shall be agreed separately by the parties.

4.　Transferee shall delegate the authority to exercise the right (including warnings) under the Patent Act.

| No. | Registration No. | Name of Invention |
|---|---|---|
| 1 | 10-1998-029081 | Wireless terminal for receiving video information and the method thereof |
| 2 | 10-1999-0011426 | Method for collecting traffic information |
| 3 | 10-2001-7000368 | Method and system for providing an image vector-based traffic information |
| 4 | 10-2001-7003331 | Method and apparatus for providing time-variant geographical information and a user device therefor |
| 5 | 10-1998-0037971 | Method for providing traffic information and traffic information terminal |
| 6 | 10-2000-0050392 | Method and apparatus for collecting traffic information |
| 7 | 10-2000-0051733 | Method and apparatus for collecting traffic information |
| 8 | 10-2001-0021044 | Method and apparatus for collecting traffic information using a probe car equipped with the light emitting diode and light sensor |
| 9 | PCT/KR99/00410 | pct/kr99/00410/us, pct/kr99/00410/cn, pct/kr99/00410/sg. pct/kr99/00410/jp, pct/kr99/00410/ep |
| 10 | PCT/KR99/00549 | pct/kr99/00410/us, pct/kr99/00410/cn |

Date: April 27, 2001

Transferee: Ji-Soo Lee

Transferor: Heung-Soo Lee

## *Law Firm J-One*

Registry No. 2013-538

# NOTARIAL CERTIFICATE

I hereby acknowledge that the attached contract is a true and certified copy

of the original contract.



WITNESS MY HAND AND SEAL ON Apr. 01, 2013.

### *Moon Byung Sang*

**Notary Public (Lawyer in charge of Notarial Act) (Signed)**

Notary Office: Law Firm J-One

Belong to: Suwon Regional Prosecutors' Office

Address: 1117-1 Gwanyang-dong Dongan-gu Anyang-si Gyeonggi-do

경기도 안양시 동안구 관양동 1117-1
동안타워 3층
[별지 제33호서식]



공증인가
법무법인 제이원

(전화) 031-425-2700
(팩스) 031-425-2733

등부 2013년    제 538 호

# 인 증 서



본 증서는 공증인법 제57조 2항에 의거하여 작성된

인증서이며, 법무법인 제이원에서 보관하고 있는

인증서 등부 2013년 제538호를 전자 복사한 사본임.

2015년 12월 15일

공증인가 법무법인  제 이 원

공증담당변호사:

210mm X 297mm
보존용지(1종) 70g/㎡

# 계약서

갑:    이지수(650520-1057910)

        서울시 금천구 시흥동 801-17

을:    이흥수(630420-1057910)

        서울시 금천구 시흥동 801-17

1. 을은 갑에게 다음의 특허 소유권을 이전한다.
2. 을은 갑에게 실시권을 주며, 실시권의 계약은 1년마다 갱신한다.
3. 위 2의 계약의 비용은 별도 계약에 의한다.
4. 갑은 을에게 특허법에 따른 경고 등의 권리를 대리케 한다.

- 다음 -

| 번호 | 출원번호 | 발명의 명칭 |
|------|---------|------------|
| 1 | 10-1998-029081 | 화상정보를 수신하기 위한 무선 단말기 및 그 방법 |
| 2 | 10-1999-0011426 | 교통 정보 수집 방법 |
| 3 | 10-2001-7000368 | 벡터 데이터로 표시된 이미지 기반 교통 정보를 제공하기 위한 방법 및 시스템 |
| 4 | 10-2001-7003331 | 시변 지리 정보를 제공하는 방법과 시스템 및 이를 위한 사용자 장치 |
| 5 | 10-1998-0037971 | 교통 정보를 제공하는 방법 및 교통 정보 단말기 |
| 6 | 10-2000-0050392 | 교통정보 수집 장치 및 방법 |
| 7 | 10- 2000-0051733 | 교통정보 수집 장치 및 방법 |
| 8 | 10- 2001-0021044 | 프루부카에 장착된 발광부와 광 검지기를 이용한 교통정보 수집 장치 및 방법 |
| 9 | PCT/KR99/00410 | pct/kr99/00410/us, pct/kr99/00410/cn, pct/kr99/00410/sg  pct/kr99/00410/jp, pct/kr99/00410/ep |
| 10 | PCT/KR99/00549 | pct/kr99/00410/us, pct/kr99/00410/cn |

2001년 4월 27일

(갑) 이지수

(을) 이흥수

경기도 안양시 동안구 관양동 1117-1
동안타워 3층
[별지 제36호서식]



공증인가
법무법인 **제이원**

(전화) 031-425-2700
(팩스) 031-425-2733

| | |
|---|---|
| 등부 2013 년     제 538호 | |

### 인         증

위 계약서------------------------------------------------------

------------------------------------------------------- 등본은

원본과 대조하여 그와 부합함을 인정한다. ----------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

**2013년 04월 01일  이 사무소에서 위 인증한다.**

| | |
|---|---|
| 공증사무소명칭 | **공증 법무법인 제이원** 인가 |
| 소   속 | 수원지방검찰청 |
| 소재지표시 | 경기도 안양시 동안구 관양동 1117-1 |
| 공증인 | 공증담당변호사 |

위 번역문은 원문과 상위 없이 번역
되었음을 서약 합니다.

2015 년 12 월 17 일

번역 행정사 : 김  정 

등부 2015년 제 6225호

## 확 인 서

 위 번역문은 이 정 옥의 위촉에
의하여 본인이 상기와 같이 원본과
상위없이 번역 하였기에 행정사법
제20조 2항에 의거하여 번역사실
증명서에 서명 날인 하였다.

2015 년 12 월 17 일

이 사무소에서 위 증명을 한다.

번역 행정사 김 정 옥

대한민국 서울시 서초구 강남대로
381 1308(서초동,두산베어스텔)

대한행정사회 소속



번역 행정사 : 김 정 옥

(대한행정사회 등록번호 02-22-95)

I swear that the attached translation
is true to the original.

17, December 2015

Signature :

Registered No. 2015-6225

## Certificate

  The attached document was translated
by me at the request Jeong Ok Lee
and further certify that the translation is
accurate to the original and subscribed
his(her) name in accordance with Paragraph
2 of Article 20, Code of Korea
Administrator.

This is hereby confirmed on this

17th day of December 2015 at this office.

Chung Ok Kim Administrative
Scrivener's Office for Translation
of Foreign Language

(Doosan Bearstel)1308, 381,
Gangnam-daero, Seocho-gu, Seoul, Korea

**Korea Administration Association**



Chung Ok Kim

(Korean Public Administration Law Reg. No.02-22-95)



**Registered No.** 2015-6226

# CERTIFICATE



## ADMINISTRATIVE SCRIVENER'S OFFICE

(Doosan Bearstel)1308,
381, Gangnam-daero, Seocho-gu, Seoul, Korea
(Seocho-gu Office Register No. 02-22-95)

*Law Firm J-One*

**Registry No. 2013-537**

(NOTARIAL CERTIFICATE)



# ACKNOWLEDGEMENT

This certificate was written pursuant to Article 57 Clause 2 on the Notary Public Act, which is an electronic certified copy of the Registry No. 2013-537 kept by this law firm.

Dec. 15, 2015

*Moon Byung Sang*, **Notary Public (Lawyer in charge of Notarial Act)**

**Law Firm J-One**

**(Signed and Sealed)**

## AGREEMENT

With respect to the Contract made by and between Haiwool (Haeul) Co., Ltd. (represented by Heung-Soo Lee) and Lee Gyeong-Ran International Patent Office for the 12 patents including patent registration number PCT/KR00/01269 and 12 others attached hereto, the undersigned parties hereby agree as follows:

Heung-Soo Lee hereby transfers all of his right and interest in the patent registration attached hereto to Jin-Won Oh. In consideration of the transfer, Jin-Won Oh will pay KRW25,000,000 to Heung-Soo Lee. The transfer will become effective when the consideration is received by Heung-Soo Lee.

April 21, 2001

Transferor: Heung-Soo Lee (630420-10057910) (801-17 Shiheung-dong, Geumcheon-gu, Seoul)

Transferee: Jin-Won Oh (650511-2066816 (*186-203 Poil Jugong Apt, Naeson-dong, Uwang, Gyeonggi-do

# CONTRACT

This Contract is made by and between Haiwool (Haeul) Co., Ltd. (represented by Heung-Soo Lee) ("Transferor") and Lee Gyeong-Ran International Patent Office ("Transferee").

1. Transferor will pay to Transferee all the fees and expenses for registration of the following patents by April 30, 2001.

2. If Transferor fails to settle the following amount by April 30, 2001, Transferor will transfer its right and interest in all of the following patents to Transferee and will cease to retain Transferee's service for all other cases except the following.

3. With respect to OPF0003/PCT/KR, OPF0003/PCT/US, OPF0001/PCT/US, the following advance payment will be made in advance, and the balance will be paid later based on the actual accrued cost.

| Our Ref | Contents | Registration No, | Name of Invention | Account receivable |
|---|---|---|---|---|
| OPF0077/PCT | | PCT/KR00/01269 | Method and apparatus for collecting high reliable information using a probe car | 1,584,000 |
| OPF0001/PCT/JP | | 2000-562881 | Method and system for providing an image vector-based traffic information | 2,364,850 |
| OPF0001/PCT/JP, EP, CN | | PCT/KR99/00410 | Method and system for providing an image vector-based traffic information | 8,477,000 |
| OPF0001/PCT/SG | | PCT/KR99/00410 | Method and system for providing an image vector-based traffic information | 1,932,670 |
| OPF0001/PCT/KR (IPF1820) | | 10-2001-7000568 | Method and system for providing an image vector-based traffic information | 1,375,700 |
| NPF0006 | | 10-1999-0031742 | Method and Apparatus for collecting traffic information using a probe car, and Program storage medium | 33,500 |
| OPF077/PCT | | PCT/KR00/01269 | Method and apparatus for collecting high reliable information using a probe car | 1,752,600 |
| OPF0004/PCT | | PCT/KR00/00291 | Method for collecting traffic information | 349,400 |
| NGG1275 | | | Bongcheon-dong→Sinlim- | 33,000 |

| | | | dong | |
|---|---|---|---|---|
| OPF0003/PCT/KR | | PCT/KR99/00549 | Method and apparatus for providing time-variant geographical information and a user device therefor | 1,000,000 |
| OPF0003/PCT/US | | PCT/KR99/00549 | Method and apparatus for providing time-variant geographical information and a user device therefor | 3,000,000 |
| OPF0001/PCT/US | | 09/509,349 | Method and system for providing an image vector-based traffic information | 3,000,000 |
| Total | | | | 24,902,720 |

Date: March ⬚ 2001

Transferor: Haiwool (Haeul) Co., Ltd.

      Representative Heung-Soo Lee

Transferee: Lee Gyeong-Ran International Patent Office

      Representative Lee Gyung Ran

# MEMORANDUM OF UNDERTAKING

With respect to the Contract made by and between Haiwool (Haeul) Co., Ltd. (represented by Heung-Soo Lee) and Lee Gyeong-Ran International Patent Office for the 12 patents including patent registration number PCT/KR00/01269 and 12 others attached hereto, it is further agreed between Jin-Won Oh (Transferee) and Heung-Soo Lee (Transferor) as follows:

1. If Transferor repays the payment to Transferee, Transferee will return all the rights and interest in the patents to Transferor.

2. Transferee will receive interest on the payment at a pre-agreed rate from Transferor.

3. If the interest payable under Para 2 remains past due for more than one year, all the rights and interest in the patents will vest in and belong to Transferee.

Agreed and accepted by

Transferor: Heung-Soo Lee (630420-10057910) (801-12 Shiheung-dong, Geumcheon-gu, Seoul)

Transferee: Jin-Won Oh (650511-2066816 *106-203 Poil Jugong Apt, Naeson-dong, Uwang, Gyeonggi-do

## *Law Firm J-One*

Registry No. 2013-537

# NOTARIAL CERTIFICATE

I hereby acknowledge that the attached contract is a true and certified copy

of the original contract.

WITNESS MY HAND AND SEAL ON Apr. 01, 2013.

### *Moon Byung Sang*

**Notary Public (Lawyer in charge of Notarial Act) (Signed)**

Notary Office: Law Firm J-One

Belong to: Suwon Regional Prosecutors' Office

Address: 1117-1 Gwanyang-dong Dongan-gu Anyang-si Gyeonggi-do

경기도 안양시 동안구 관양동 1117-1
동안타워 3층
[별지 제33호서식]

 공증인가
법무법인 제이원

(전화) 031-425-2700
(팩스) 031-425-2733

등부 2013년    제 537 호

# 인  증  서



본 증서는 공증인법 제57조 2항에 의거하여 작성된
인증서이며, 법무법인 제이원에서 보관하고 있는
인증서 등부 2013년 제537호를 전자 복사한 사본임.

2015년 12월 15일

공증인가 법무법인  제 이 원
공증담당변호사:  

210mm X 297mm
보존용지(1종) 70g/㎡

# 계 약 서

변경하는 계약서 ( 해운주식회사  이홍수와  이경란 국제특허변호 사회신 간의
출원번호 PCT / KR00 / 이26P 의  12권의 계약 ) 에  대하여  아래와
같이  계약한다.

　　이홍수는  첨부하는 계약서의  특허출원에 대한  모든  권리를
오진원 에게  양도하고  그  대가로  일금 이천오백만원을  받는다.
　　양도 시점은  입출일로  부터 한다.

이 홍수 ( 630420 - 105 7P10 
　　　서울시 금천구 시흥4동  XXX

오 진원 ( 650511 - 2066816 )
　　　경기도 의왕시 내손동 포일주공APT 106 - 203 호

2001년 4월 21일.

계 약 서

해울 주식회사 (주소: 서울시 관악구 신림 5동 1425-15 우장빌딩6층)(이하 " 갑" 이라고 한다.) 와 이경란국제특허법률사무소(주소:서울특별시 강남구 역삼 1동 648-1 BYC 빌딩 502호) (이하" 을" 이라 한다.)는 다음과 같은 계약을 체결한다.

1. 갑은 2001년 4월 30일까지 하기의 출원 및 기타 업무로 발생한 비용을 전부 을에게 지급한다.
2. 갑이 을에게 2001년 4월 30일까지 하기 금액을 결제하지 못할 경우 하기에 건을 모두 을에게 양도하여 권리 이전하고 하기 사건을 제외한 당소의 위임된 사건에 대해서는 위임이 해지된다.
3. 하기 사건중 0PF0003/PCT/KR, 0PF0001/PCT/US, 0PF0001/PCT/US의 비용은 하기 하기의 선수금을 먼저 지급하고 총 소요비용에 따라서 잔금을 추후에 지급한다.

| Our Ref | 사건내용 | 출원번호 | 발명의 명칭 | 미수금 |
|---|---|---|---|---|
| 0PF0077/PCT | 공개용 번역문 | PCT/KR00/01269 | METHOD AND APPARATUS FOR COLLECTING HIGH RELIABOE TRAFFIC INFORMATION USING A PROBE CAR | 1,584,000 |
| 0PF0001/PCT/JP | 일본 대리인 출원비용 | 2000-562881 | METHOD AND SYSTEM FOR PROVIDING AN IMAGE VECTOR-BASED TRAFFIC INFORMATION | 2,364,850 |
| 0PF0001/PCT/JP, EP, CN | 당소 출원 비용 | PCT/KR99/00410 | METHOD AND SYSTEM FOR PROVIDING AN IMAGE VECTOR-BASED TRAFFIC INFORMATION | 8,477,000 |
| 0PF0001/PCT/SG | 출원비용 | PCT/KR99/00410 | METHOD AND SYSTEM FOR PROVIDING AN IMAGE VECTOR-BASED TRAFFIC INFORMATION | 1,932,670 |
| 0PF0001/PCT/KR (1PF1820) | 출원비용 | 10-2001-7000568 | METHOD AND SYSTEM FOR PROVIDING AN IMAGE VECTOR-BASED TRAFFIC INFORMATION | 1,375,700 |

| 번호 | 출원사실증명원번호 | | 명칭 | 금액 |
|---|---|---|---|---|
| NPF0006 | 10-1999-0031742 | 출원 | 프로브 카를 이용한 교통정보수집방법, 장치 및 프로그램 저장매체 | 33,500 |
| OPF077/PCT | PCT/KR00/01269 | 출원 | METHOD AND APPARATUS FOR COLLECTING HIGH RELIABLE INFORMATION USING A PROBE CAR | 1,752,600 |
| OPF0004/PCT | PCT/KR00/00201 | 국제예비심사 | METHOD FOR COLLECTING TRAFFIC INFORMATION | 349,400 |
| NG01275 | | 주조변경 본천동 → 신림동 | | 33,000 |
| OPF0003/PCT/KR | PCT/KR99/00549 | 출원비용 선수금(인주) | METHOD AND APPARATUS FOR PROVIDING TIME-VRIANT GEOGRAPHICAL INFORMATION AND A USER DEVICE THEREFOR | 1,000,000 |
| OPF0003/PCT/US | PCT/KR99/00549 | 출원비용 선수금(미주) | METHOD AND APPARATUS FOR PROVIDING TIME-VRIANT GEOGRAPHICAL INFORMATION AND A USER DEVICE THEREFOR | 3,000,000 |
| OPF0001/PCT/US | 09/509,349 | 등록료 | METHOD AND SYSTEM FOR PROVIDING AN IMAGE VECTOR-BASED TRAFFIC INFORMATION | 3,000,000 |
| 총계 | | | | 24,902,720 |

2001년 3월    일

갑: 해룡 주시...
이흥수 (...)

을: 이경린...법률사무소
이경린...

-2-

각      서

오진원은   변철리노   계약서 ( 해외주식회사 이흥수의 이정권
국제특허법률 사무소기가 출허 받은  PCT / KR00 / 이26P 외 12건의
계약 )에    대하여   아래와 같이 하기를 합의하고  이 각서를
작성한다.

  1.  이 특허에 대하여 오진원이 인수하고 나서 인수금액을
      다시 증여받은 경우 특허에 관한 모든 권리를
      다시 이흥수에게   반환한다.

  2.  오진원노  인수금액 에  대하여   이흥수에게 약정된
      이자를   청구하여   받는다.

  3.  약정된  이자가  1년이상 연체시 특허에 대한
      모든 권기는   오진원이 갖는다.

  위의  1. 2. 3 에 대하여  오진원과 이흥수가 합의하고
이 각서를 작성한다

       이 흥수  6304□0 - 105710
              서울시 종로구 시흥□□□01 - 11
       오 진원  640511 - 20660□□
              경기도 의왕시 내손동 포인각2 APT 106 - 203호

경기도 안양시 동안구 관양동 1117-1
동안타워 3층
[별지 제36호서식]



공증인가
법무법인 제이원

(전화) 031-425-2700
(팩스) 031-425-2733

| | |
|---|---|
| 등부 2013 년    제 537호 | |

# 인        증

위 계약서-----------------------------------------------------

------------------------------------------------- 등본은

원본과 대조하여 그와 부합함을 인정한다. ----------------------------

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

2013년 04월 01일 이 사무소에서 위 인증한다.

| | |
|---|---|
| 공증사무소명칭 | 공증<br>인가  **법무법인 제이원** |
| 소    속 | 수원지방검찰청 |
| 소재지표시 | 경기도 안양시 동안구 관양동 1117-1 |
| 공증인 | 공증담당변호사 |

210mm X 297mm
보존용지(1종) 70g/㎡

위 번역문은 원문과 상위 없이 번역
되었음을 서약 합니다.

I swear that the attached translation
is true to the original.

2015 년 12 월 17 일

17, December 2015

번역 행정사 : 김  정

Signature : 

---

등부 2015년 제 6226호

Registered No. 2015-6226

## 확 인 서

## Certificate

위 번역문은 이 정 옥의 위촉에
의하여 본인이 상기와 같이 원본과
상위없이 번역 하였기에 행정사법
제20조 2항에 의거하여 번역사실
증명서에 서명 날인 하였다.

The attached document was translated
by me at the request Jeong Ok Lee
and further certify that the translation is
accurate to the original and subscribed
his(her) name in accordance with Paragraph
2 of Article 20, Code of Korea
Administrator.

2015 년 12 월 17 일

이 사무소에서 위 증명을 한다.

번역 행정사 김 정 옥

This is hereby confirmed on this

17th day of December 2015 at this office.

Chung Ok Kim Administrative
Scrivener's Office for Translation
of Foreign Language

대한민국 서울시 서초구 강남대로
381 1308(서초동,두산베어스텔)

(Doosan Bearstel)1308, 381,
Gangnam-daero, Seocho-gu, Seoul, Korea

대한행정사회 소속

Korea Administration Association



金 正

번역 행정사 : 김 정 옥

Chung Ok Kim

(대한행정사회 등록번호 02-22-95)

(Korean Public Administration Law Reg. No.02-22-95)